No. 48264.—Protests 13059–K, etc., of Olivier Straw Goods Corp. (New York).

Opinion by TILSON, J. In accordance with stipulation of counsel hemp hats similar to those involved in *United States* v. *Armand Schwab* (30 C. C. P. A. 72, C. A. D. 218), hemp knotted straw hats the same as those involved in Abstract 46497, and racello hats the same as those involved in Abstract 47291 were held dutiable at 25 percent under paragraph 1504 (b) (1) as claimed.